# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: May 27, 2011 |
| Court Reporter: Janet Coppock | Time: 56 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO.  10-CR-00326-PAB-31**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kasandra Carleton |
| | Special Agent Shane Abraham |
| Plaintiff, | |
| vs. | |
| **31. ALICIA BARAY-DELEON,** | Fran Simonet |
| Defendant. | |

## SENTENCING

**9:04 a.m     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

**Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #1447), filed 5/12/11.**

Page Two
10-CR-00326-PAB-31
May 27, 2011

Argument by Ms. Carleton in support of Government's motion.  Questions by the Court.

Argument by Ms. Simonet in support of Government's motion.

Further argument by Ms. Carleton.

Court states its findings.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #1447), filed 5/12/11, is **GRANTED.**

**Defendant's First Motion for Non-Guideline Sentence (Doc #1459), filed 5/13/11.**

Argument by Ms. Simonet in support of defendant's motion and comments addressing sentencing.

Argument by Ms. Carleton and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings.

**ORDERED:**  Defendant's First Motion for Non-Guideline Sentence (Doc #1459), filed 5/13/11, is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered her plea on **February 24, 2011** to count **One Hundred Forty-Five of the First Superseding Indictment.**

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **77** months.

Page Three
10-CR-00326-PAB-31
May 27, 2011

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility with a Residential Drug Abuse Program (RDAP)** that she be allowed to participate in a program for treatment of drug abuse.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for drug abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by his/her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation office to ensure that a therapeutic level of his/her prescribed medications is maintained.

Page Four
10-CR-00326-PAB-31
May 27, 2011

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion to Dismiss (Doc #1448), filed 5/12/11, is **GRANTED** as to this defendant**.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**10:00 a.m.**   **COURT IN RECESS**

**Total in court time:    56 minutes**

**Hearing concluded**