IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00326-PAB-31

UNITED STATES OF AMERICA,

    Plaintiff,

v.

31.    ALICIA BARAY-DELEON,

    Defendant.

## ORDER

This matter is before the Court on the Government's Motion to Dismiss [Docket No. 1448]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Government's Motion to Dismiss [Docket No. 1448] is granted. Count 146 of the Superseding Indictment is dismissed as to defendant Alicia Baray-Deleon.

DATED May 27, 2011.

                                    BY THE COURT:

                                    PHILIP A. BRIMMER
                                    United States District Judge